IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**EMPLOYERS & CEMENT MASONS #90**
**HEALTH & WELFARE FUND,**

    **Plaintiffs,**

v.     No.  3:15-cv-01290-DRH-PMF

**BRITE STONE MASONRY, INC., et al.,**

    **Defendants.**

## ORDER

Pending before the Court is Plaintiffs' Motion For Default Judgment Against Defendants T. Bow, Inc. and Brite Stone Masonry, Inc. (Doc. 25).  The Motion is unopposed.  Due notice having been given, the Court having been fully advised, and a Clerk's Order of Default (Doc. 23) having previously been entered against defendants, the Court **GRANTS** plaintiff's Motion for Default Judgment, and judgment is hereby entered in favor of plaintiffs Employers & Cement Masons #90 Health & Welfare Fund and Employers and Cement Masons #90 Pension Fund and against defendants T. Bow, Inc. and Brite Stone Masonry, Inc. Plaintiffs are awarded the following relief:

    a. Upon Plaintiffs' unopposed Complaint, Brite Stone Masonry, Inc. and T. Bow, Inc. are found and declared to be alter-egos of one another and constitute a single integrated enterprise;

    b. Plaintiffs are awarded delinquent contributions in the amount of $6,883.30;

    c. Plaintiffs are awarded interest in the amount of $256.64;

    d. Plaintiffs are awarded Liquidated Damages in the amount of $1,376.66; and

    e. Plaintiffs are awarded Attorneys' fees and costs in the amount of $5,714.50,

    f. Total Judgment in the amount of $14,254.90.

**IT IS SO ORDERED.**

Signed this 4th day of May, 2016.

Digitally signed by Judge David R. Herndon
Date: 2016.05.04 12:21:55 -05'00'

**United States District Judge**